IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE AETNA, INC. SECURITIES | : | CIVIL ACTION |
| LITIGATION | : | NO. 07-4451 |
| | : | |

**ORDER**

AND NOW, this  9th  day of June 2009, upon consideration of defendant's motion to dismiss the consolidated class action complaint, lead plaintiff's response and defendant's reply, it is hereby ORDERED that defendant's motion to dismiss the consolidated class action complaint is GRANTED and plaintiff's complaint is DISMISSED.  Judgment is entered in favor of defendants Aetna, Inc., John W. Rowe, Ronald A. Williams, Alan M. Bennett and Craig R. Callen and against lead plaintiff Varma Mutual Pension Insurance Company.  The Clerk is directed to close this case statistically, including <u>Plumbers and Pipefitters Local 51 Pension Fund v. Aetna</u>, 2:07-cv-4949, and <u>Southeastern Pennsylvania Transportation Authority v. Aetna</u>, 2:07-cv-4451.

    /s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.