UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-2970

IN RE: AETNA, INC. SECURITIES LITIGATION

VARMA MUTUAL PENSION INSURANCE COMPANY,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 2-07-cv-04451)
District Judge: Hon. Thomas N. O'Neill

Argued on February 11, 2010

Before: SLOVITER, ROTH, and TASHIMA*, <u>Circuit Judges</u>

## JUDGMENT

This case came on to be heard on the record before the United States District Court for the Eastern District of Pennsylvania and was argued on February 11, 2010.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered June 9, 2009, be and the same is hereby affirmed. Costs taxed against Appellant.

---

*Honorable A. Wallace Tashima, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.

against Appellant.

All of the above in accordance with the Opinion of this Court.

**ATTEST:**

/s/Marcia M. Waldron
Clerk

Dated: August 11, 2010

Certified as a true copy and issued in lieu
of a formal mandate on September 17, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**